Decided June 30, 2004

## ACE EQUIPMENT SALES, INC., ET AL. *v.* THOMAS BUCCINO ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 82 Conn. App. 573 (AC 23383), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiffs, owners in fee simple of a man-made, nonnavigable pond, cannot prohibit the abutting owners from entering onto the pond?"

The Supreme Court docket number is SC 17226.

*Kirk Tavtigian, Jr.*, and *David F. Sherwood*, in support of the petition.

*Francis A. Miniter* and *Robert Hisey,* pro se, *Peter Latincsics,* pro se, and *Jerzy Debski,* pro se, in opposition.

Decided July 7, 2004